**Armine ISAEVA, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 04–72022.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 10, 2007.*

Filed Aug. 15, 2007.

Armine Isaeva, Glendale, CA, pro se.

CAC–District Counsel, Esq., Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. LeFevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, James A. Hunolt, Esq., John P. Devaney, Esq., U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: KOZINSKI and RAWLINSON, Circuit Judges, and CEDARBAUM,** Senior District Judge.

**MEMORANDUM ***

Substantial evidence supports the BIA's affirmance of the IJ's adverse credibility

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** The Honorable Miriam Goldman Cedarbaum, Senior United States District Judge for the Southern District of New York, sitting by designation.

finding, as there were multiple inconsistencies between Isaeva's testimony and asylum application. *See* 8 U.S.C. § 1252(b)(4)(B). The IJ's finding that Isaeva didn't show she is eligible for asylum is therefore supported by the record. *See* *Li v. Ashcroft,* 378 F.3d 959, 962 (9th Cir.2004) (upholding denial of asylum because of inconsistencies between petitioner's testimony and application). Likewise, Isaeva isn't eligible for withholding of removal, *see* *Farah v. Ashcroft,* 348 F.3d 1153, 1156 (9th Cir.2003), or relief under the Convention Against Torture, *see* *id.* at 1157.

**PETITION DENIED.**

---

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

